| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>Court Address:<br>1437 Bannock Street #230<br>Denver, CO 80202 | DATE FILED<br>October 16, 2025 11:22 AM<br>FILING ID: D4D9FC724C1E6<br>CASE NUMBER: 2025CV33718 |
| **Plaintiff: JUAN PENA,**<br><br>**v.**<br><br>**Defendant: HOME DEPOT USA, INC.** | ▲ Court Use Only ▲ |
| Sandomire & Kuberry, PLLC<br>561 Santa Fe Drive<br>Denver, CO 80204<br>Andrew I. Sandomire, #35171<br>Jaynie R. Kuberry, #41511<br>Telephone: (303) 300-3333<br>Facsimile: (303) 300-3331<br>E-mail: andrew@303legal.com<br>jaynie@303legal.com<br><br>Livenick Law, LLC<br>561 Santa Fe Drive<br>Denver, CO 80204<br>Torrey Livenick, #52787<br>(720) 295-8616<br>torrey@livenicklaw.com<br>torrey@303legal.com | Case No:<br><br>Division:<br><br>Courtroom: |
| **COMPLAINT AND JURY DEMAND** | |

COMES NOW Plaintiff, Juan Pena (hereinafter "Plaintiff"), by and through counsel, Sandomire & Kuberry PLLC, and Livenick Law, LLC, and for his Complaint and Jury Demand, states and alleges as follows:

## PARTIES

1. At all times relevant to this action, Plaintiff was and is a resident of the State of Colorado.

2. Defendant Home Depot USA, Inc., (hereinafter "Defendant") is a Delaware Corporation, with a principal address of 2455 Paces Ferry Road, Atlanta, GA 30339. Defendant Home Depot USA, Inc. is registered in good standing in the State of Colorado. Its registered agent is Corporation Service Company, 1900 W. Littleton Boulevard, Littleton, CO 80120.

## JURISDICTION AND VENUE

3. Personal and subject matter jurisdiction are proper.

4. Venue is proper in Denver County pursuant to C.R.C.P. 98(c) as the claims arise from a tort committed in Denver County, Colorado.

## GENERAL ALLEGATIONS

5. Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein.

6. On or about October 17, 2023, Plaintiff was shopping at the Home Depot located at 500 South Santa Fe Drive in Denver, Colorado.

7. On or about October 17, 2023, Plaintiff was walking to the restroom when he suddenly slipped on foreign objects/debris on the floor and fell onto his back.

8. Upon information and belief, at all times relevant, Defendant owned, managed, and/or maintained the floors located at 500 South Santa Fe Drive, Denver, Colorado.

9. On or about October 17, 2023, Defendant failed to properly maintain the floor in a safe condition.

10. On or about October 17, 2023, and all times relevant hereto, Plaintiff was an invitee.

11. Plaintiff's injuries were the direct and proximate result of a dangerous condition on Defendant's property, namely the unkept floor, which Defendant knew of and/or should have known of by the use of reasonable care.

12. Defendant failed to exercise reasonable care to protect against the dangerous condition.

13. At all times material hereto, Defendant allowed the dangerous condition to exist on the property, which caused Plaintiff to fall, resulting in his injuries, damages and/or losses.

14. Defendant did not keep said premises in a reasonably safe condition for invitees, including Plaintiff.

15. As a result of the above, Plaintiff suffered injuries, damages and/or losses including, but not limited to, prescriptive medications, medical services, permanent physical disfigurement, disability and impairment, past and future medical expenses, past and future lost earnings, impairment to future earning capacity, past and future pain and suffering, emotional injury, out of pocket expenses and loss of enjoyment of life.

16. A portion of Plaintiff's injuries, damages and/or losses are either permanent and/or continuing in nature.

**PLAINTIFF'S FIRST CLAIM FOR RELIEF**
**PREMISES LIABILITY**

17. Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein.

18. Plaintiff was an invitee at the time of the incident, pursuant to CRS § 13- 21-115(1).

19. At all times relevant, Defendant was landowner as defined under the Colorado Premises Liability Act.

20. As landowner, Defendant owed Plaintiff a duty to exercise reasonable care to protect against dangers of which it knew or should have known.

21. Plaintiff falls into the category of individuals to be protected under said statute.

22. Defendant, acting through its agents, servants, and/or employees, were negligent in their ownership, maintenance and/or control of the subject premises insofar as they allowed their floors to remain unkept, collecting foreign objects and debris.

23. The unkept floor constituted an unreasonably dangerous condition.

24. As a direct and proximate result of the negligence of Defendant, acting through its agents, servants and/or employees, Plaintiff has suffered injuries and damages, including, but not limited to, prescriptive medications, medical services, permanent physical disfigurement, disability and impairment, past and future medical expenses, past and future lost earnings, impairment to future earning capacity, past and future pain and suffering, emotional injury, out of pocket expenses and loss of enjoyment of life.

25. Plaintiff's injuries, losses, and damages are either permanent and/or continuing in nature.

**PLAINTIFF'S SECOND CLAIM FOR RELIEF**
**COMMON LAW NEGLIGENCE**

26. Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein.

27. Defendant owed Plaintiff a duty of reasonable care in the construction, maintenance, and operation of the property at issue.

28. Defendant breached its duty of care by failing to provide a safe environment and not properly maintaining the floors in a safe condition.

29. As a direct and proximate result of Defendant's breach, Plaintiff suffered injuries, losses and damages.

30. As a further result of Defendant's conduct, Plaintiff suffered economic and non-economic damages including, but not limited to, pain and suffering, permanent impairment, medical expenses, lost income and earning capacity, out of pocket expenses and loss of the enjoyment of life.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES**

31. Pursuant to C.R.C.P. 338, Plaintiff hereby demands a trial by jury.

**WHEREFORE,** Plaintiff, Juan Pena, respectfully requests that this Honorable Court enter judgment against Defendant and in favor of Plaintiff for damages in an amount to be determined at the time of trial, pre and post judgment interest, costs, attorney fees, expert witness fees and for such other and further relief as this Court deems proper.

Respectfully submitted this 16th day of October, 2025.

**SANDOMIRE & KUBERRY, PLLC**

*/s/ Jaynie R. Kuberry*
Andrew I. Sandomire, #35171
Jaynie R. Kuberry, #41511
561 Santa Fe Drive
Denver, CO 80204
Phone: (303) 300-3333
Facsimile: (303) 300-3331
andrew@303legal.com
jaynie@303legal.com
*Attorneys for Plaintiff*

Livenick Law, LLC
561 Santa Fe Drive
Denver, CO 80204
Torrey Livenick, # 52787
(720) 295-8616
torrey@livenicklaw.com
torrey@303legal.com

Plaintiff's Address:
c/o Sandomire & Kuberry, PLLC
561 Santa Fe Drive
Denver, CO 80204

*In accordance with C.R.C.P 121 § 1-26(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*